# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:   Ware, Charlena  §  Case No. 10 B 41506
§
Debtor  §
§

# CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/16/2010.

2) The plan was confirmed on 12/16/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on (NA).

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/18/2011.

5) The case was converted on 08/17/2011.

6) Number of months from filing or conversion to last payment: 10.

7) Number of months case was pending: 11.

8) Total value of assets abandoned by court order: (NA).

9) Total value of assets exempted: $5,700.00.

10) Amount of unsecured claims discharged without full payment: $0.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (09/01/2009)

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $2,530.00 |
| Less amount refunded to debtor | $0 |
| **NET RECEIPTS:** | **$2,530.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,896.75 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $133.25 |
| Other | $0 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$2,030.00** |
| Attorney fees paid and disclosed by debtor | $0 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Credit Acceptance Corp | Secured | NA | $6,418.23 | $6,418.00 | $500.00 | $0 |
| Advocate South Suburban Hosp | Unsecured | $1,100.00 | NA | NA | $0 | $0 |
| Affinity Cash Loans | Unsecured | $745.51 | $250.00 | $250.00 | $0 | $0 |
| American InfoSource LP | Unsecured | $1,400.00 | $1,929.00 | $1,929.00 | $0 | $0 |
| American Recovery System | Unsecured | $393.00 | NA | NA | $0 | $0 |
| AmeriCash Loans LLC | Unsecured | $375.00 | NA | NA | $0 | $0 |
| Arrow Financial Services | Unsecured | $507.00 | NA | NA | $0 | $0 |
| Asset Acceptance | Unsecured | NA | $405.43 | $405.43 | $0 | $0 |
| Bank Financial | Unsecured | $1,000.00 | NA | NA | $0 | $0 |
| Calvary Portfolio | Unsecured | $59.00 | NA | NA | $0 | $0 |
| Calvary Portfolio | Unsecured | $992.00 | NA | NA | $0 | $0 |
| Cda/Pontiac | Unsecured | $1,026.00 | NA | NA | $0 | $0 |
| Charter One Bank | Unsecured | $2,000.00 | NA | NA | $0 | $0 |
| Chase | Unsecured | $150.00 | NA | NA | $0 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | $1,545.80 | $2,033.80 | $2,033.80 | $0 | $0 |
| Comcast | Unsecured | $1,000.00 | NA | NA | $0 | $0 |
| Commonwealth Edison | Unsecured | $2,000.00 | $1,763.59 | $1,763.59 | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Credit Acceptance Corp | Unsecured | $0.12 | $0.23 | $0.23 | $0 | $0 |
| Credit Acceptance Corp | Unsecured | $0.12 | NA | NA | $0 | $0 |
| Crescent Recovery | Unsecured | $694.56 | $760.12 | $760.12 | $0 | $0 |
| Direct TV | Unsecured | $150.00 | NA | NA | $0 | $0 |
| E R Solutions | Unsecured | $1,744.00 | NA | NA | $0 | $0 |
| Educational Credit Management Corp | Unsecured | $5,139.64 | $5,296.51 | $5,296.51 | $0 | $0 |
| Federal Loan Service | Unsecured | $1,000.00 | NA | NA | $0 | $0 |
| Federal Loan Service | Unsecured | $1,000.00 | NA | NA | $0 | $0 |
| Ffcc Columbus Inc | Unsecured | $25.00 | NA | NA | $0 | $0 |
| Food For Less | Unsecured | $200.00 | NA | NA | $0 | $0 |
| Gateway Financial | Unsecured | $8,529.00 | NA | NA | $0 | $0 |
| Great Lakes Higher Education | Unsecured | NA | $2,101.51 | $2,101.51 | $0 | $0 |
| Great Lakes Higher Education | Unsecured | NA | $6,375.09 | $6,375.09 | $0 | $0 |
| Great Lakes Higher Education | Unsecured | $10,500.00 | $11,244.73 | $11,244.73 | $0 | $0 |
| H & F Law | Unsecured | $133.00 | NA | NA | $0 | $0 |
| Illinois Dept Of Employment Security | Unsecured | $1,542.00 | NA | NA | $0 | $0 |
| Illinois State Tollway | Unsecured | $70.00 | NA | NA | $0 | $0 |
| Instant Cash Advance | Unsecured | $450.00 | NA | NA | $0 | $0 |
| Jefferson Capital Systems LLC | Unsecured | $694.00 | NA | NA | $0 | $0 |
| Jefferson Capital Systems LLC | Unsecured | $643.00 | $608.06 | $608.06 | $0 | $0 |
| Jewel Osco | Unsecured | $200.00 | NA | NA | $0 | $0 |
| Merchants Credit Association | Unsecured | $105.00 | NA | NA | $0 | $0 |
| Midland Credit Management | Unsecured | NA | $643.57 | $643.57 | $0 | $0 |
| National Recoveries Inc | Unsecured | $80.00 | NA | NA | $0 | $0 |
| Nicor Gas | Unsecured | $600.00 | $519.98 | $519.98 | $0 | $0 |
| Northwest | Unsecured | $121.18 | NA | NA | $0 | $0 |
| Oaklawn Radiology Imaging | Unsecured | $95.00 | NA | NA | $0 | $0 |
| Palisades Collection LLC | Unsecured | $11,002.65 | $11,002.65 | $11,002.65 | $0 | $0 |
| Peoples Energy Corp | Unsecured | $500.00 | NA | NA | $0 | $0 |
| Plains Commerce Bank | Unsecured | $431.00 | NA | NA | $0 | $0 |
| PLS Payday Loan Store | Unsecured | $872.66 | NA | NA | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | $231.00 | $230.75 | $230.75 | $0 | $0 |
| PRA Receivables Management | Unsecured | $230.75 | NA | NA | $0 | $0 |
| Pronger Smith Clinic | Unsecured | $1,026.00 | $1,026.00 | $1,026.00 | $0 | $0 |
| Receivables Management Inc | Unsecured | $250.00 | $500.00 | $500.00 | $0 | $0 |
| Resurgent Capital Services | Unsecured | $13,040.43 | $13,040.43 | $13,040.43 | $0 | $0 |
| Social Security Administration | Unsecured | $24,576.50 | $28,262.50 | $28,262.50 | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| T Mobile USA | Unsecured | $401.00 | NA | NA | $0 | $0 |
| Village Of Alsip | Unsecured | $250.00 | NA | NA | $0 | $0 |
| Village Of Posen | Unsecured | $500.00 | NA | NA | $0 | $0 |
| Wachovia Education Fin | Unsecured | $2,750.00 | NA | NA | $0 | $0 |
| Wachovia Education Fin | Unsecured | $3,500.00 | NA | NA | $0 | $0 |
| WOW Internet & Cable | Unsecured | $600.00 | NA | NA | $0 | $0 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0 | $0 | $0 |
| Mortgage Arrearage | $0 | $0 | $0 |
| Debt Secured by Vehicle | $6,418.00 | $500.00 | $0 |
| All Other Secured | $0 | $0 | $0 |
| **TOTAL SECURED:** | $6,418.00 | $500.00 | $0 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $0 | $0 | $0 |
| **TOTAL PRIORITY:** | $0 | $0 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $87,993.95 | $0 | $0 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,030.00 |
| Disbursements to Creditors | $500.00 |
| **TOTAL DISBURSEMENTS:** | $2,530.00 |

UST Form 101-13-FR-S (09/01/2009)

12) The trustee certifies that the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: August 23, 2011          By: /s/ MARILYN O. MARSHALL
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.